IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES FOREST SERVICE; and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>   Defendants, | No. 2:15-cv-0249-WBS-AC<br><br>**ORDER** |

  Upon consideration of the Parties' Joint Motion to Amend the Case Management Schedule, and for good cause shown, the Court hereby orders the following.

  1. The Court amends the current case management order. *See* Order (May 6, 2015), ECF No. 12.

  2. The Court directs the Parties to use the following schedule for resolving this case:

| | |
|---|---|
| June 18, 2015 | By this date, the Federal Defendants shall file an answer or other response to the Second Amended Complaint. |
| July 10, 2015 | By this date, the Federal Defendants shall file their respective administrative records. |

| | |
|---|---|
| Aug. 17, 2015 | By this date, Conservation Congress shall file its motion for summary judgment. The brief in support may not exceed thirty pages (excluding the caption, tables, and signature block). |
| Sep. 17, 2015 | By this date, Federal Defendants shall file their cross-motion for summary judgment. The combined brief in support of the cross-motion and response to Conservation Congress's motion may not exceed thirty pages (excluding the caption, tables, and signature block). |
| Oct. 1, 2015 | By this date, Conservation Congress shall file one brief that combines its reply in support of its motion for summary judgment and its response to the Forest Service's cross-motion. That brief may not exceed fifteen pages (excluding the caption, tables, and signature block). |
| Oct. 15, 2015 | By this date, the Federal Defendants shall file their reply in support of its cross-motion for summary judgment. That brief may not exceed fifteen pages (excluding the caption, tables, and signature block). |
| **Nov. 16, 2015 at 2:00 p.m.** | The Court will hear argument on cross-motions for summary judgment. |

Because this is an administrative record case, the Court relieve the parties of the requirements of Local Rule 260 to file statements of disputed and undisputed facts concerning their cross motions for summary judgment.

IT IS SO ORDERED.

Dated:  May 18, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2