IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, | No. 2:15-cv-0249-WBS-AC |
| Plaintiff, | Senior Judge William B. Shubb |
| v. | **ORDER** |
| UNITED STATES FOREST SERVICE | |
| Defendant, | |

Upon consideration of the Parties' Stipulation to Extend Federal Defendants' Time to Answer or to Respond Otherwise to the Second Amended Complaint by Twenty-One Days, and for good cause shown, the Court hereby orders Federal Defendants to file their answer or other response to the Second Amended Complaint by July 9, 2015.

IT IS SO ORDERED.

Dated:  June 18, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE