IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, | No. 2:15-cv-0249-WBS-AC |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES FOREST SERVICE; and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants, | |

Upon consideration of the Parties' Stipulation to Extend Plaintiff's Time to File Motion for Summary Judgment and Memorandum In Support of Motion for Summary Judgment, and all subsequent deadlines regarding the briefing schedule for Plaintiff's Motion for Summary Judgment or Defendant's Cross-Motion for Summary Judgment set by the Court's Order dated May 18, 2015, and for good cause shown, the Court hereby orders as follows:

STIPULATION FOR AN EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM
*Conservation Congress v. U.S. Forest Serv.*,
No. 2:15-cv-0249-WBS-AC

| | |
|---|---|
| August 24, 2015 | By this date, Conservation Congress shall file its motion for summary judgment. |
| September 24, 2015 | By this date, Federal Defendants shall file their cross-motion for summary judgment. |
| October 8, 2015 | By this date, Conservation Congress shall file one brief that combines its reply in support of its motion for summary judgment and its response to the Forest Service's cross-motion. |
| October 22, 2015 | By this date, the Federal Defendants shall file their reply in support of its cross-motion for summary judgment |

IT IS SO ORDERED.

Dated:  August 14, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION FOR AN EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM
*Conservation Congress v. U.S. Forest Serv.*,
No. 2:15-cv-0249-WBS-AC