IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| CONSERVATION CONGRESS, | No. 2:15-cv-0249-WBS-AC |
|---|---|
| Plaintiff, | Senior Judge William B. Shubb |
| v. | [~~PROPOSED~~] ORDER |
| UNITED STATES FOREST SERVICE; and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants, | |

Upon consideration of the Parties' Third Stipulation for a new schedule, and for good cause shown, the Court hereby amends the filing deadlines and briefing schedule set forth in the Order dated May 18, 2015 (ECF No. 14), as amended in the Order dated August 14, 2015 (ECF. No. 22):

| | |
|---|---|
| August 31, 2015 | By this date, Plaintiff Conservation Congress shall file its motion regarding the administrative records ("AR Motion"). The brief in support may not exceed twenty pages (excluding the caption, tables, and signature block). |
| September 16, 2015 | By this date, Federal Defendants shall file their response to Conservation Congress's AR Motion. The response may not exceed twenty pages (excluding the caption, tables, and signature block). |
| September 23, 2015 | By this date, Conservation Congress shall any reply to its AR Motion. The reply may not exceed seven pages (excluding the caption, tables, and signature block). |
| November 6, 2015 | By this date, Conservation Congress shall file its motion for summary judgment. The brief in support may not exceed thirty pages (excluding the caption, tables, and signature block). |
| December 11, 2015 | By this date, Federal Defendants shall file their cross-motion for summary judgment. The combined brief in support of the cross-motion and response to Conservation Congress's motion may not exceed thirty pages (excluding the caption, tables, and signature block). |
| January 8, 2016 | By this date, Conservation Congress shall file one brief that combines its reply in support of its motion |

[Proposed] Order
No. 2:15-cv-0249-WBS-AC                                                          1

| | |
|---|---|
| | for summary judgment and its response to the Forest Service's cross-motion. That brief may not exceed fifteen pages (excluding the caption, tables, and signature block). |
| January 22, 2016 | By this date, the Federal Defendants shall file their reply in support of its cross-motion for summary judgment. That brief may not exceed fifteen pages (excluding the caption, tables, and signature block). |
| February 22, 2016 at 2:00 p.m. | The Court will hear oral argument on the Cross-Motions for Summary Judgment. |

IT IS SO ORDERED.

Dated:   August 25, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order
No. 2:15-cv-0249-WBS-AC                                                    2