IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants, | No. 2:15-cv-0249-WBS-AC<br><br>**ORDER** |

It is hereby granted that counsel for Federal Defendants and Plaintiffs may appear telephonically for the hearing schedule for October 19, 2015.  *See* ECF No. 25.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

**Dated:  October 16, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1