UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES FOREST SERVICE;<br>and UNITED STATES FISH AND<br>WILDLIFE SERVICE,<br><br>          Defendants. | CIV. NO. 2:15-00249 WBC AC<br><br>ORDER RE: MOTION TO DETERMINE<br>THE SCOPE OF THE RECORD AND TO<br>SUPPLEMENT THE RECORD |

----oo0oo----

Plaintiff Conservation Congress filed a motion to determine the scope of the record and to supplement the administrative record with respect to its Endangered Species Act citizen suit claims. (Docket No. 25.)

For the reasons discussed at the hearing on October 19, 2015, the motion is DENIED without prejudice to the issues addressed therein being considered in the context of a motion for

1

1  summary judgment or any other dispositive motion.
2          IT IS SO ORDERED.
3  Dated:  October 19, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE