IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE; and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>       Defendants, | No. 2:15-cv-00249-WBS-AC<br><br>ORDER |

  It is hereby ordered that counsel for Plaintiff and counsel for Defendants may appear telephonically for the hearing scheduled for May 31, 2016 at 1:30 p.m. See ECF No. 51. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

  IT IS SO ORDERED.

Dated:  May 20, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE