UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| CONSERVATION CONGRESS, | CIV. NO. 2:15-00249 WBS AC |
|---|---|
| Plaintiff, | ERRATA |
| v. | |
| UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants. | |

----oo0oo----

On page 2, line 28 and page 6, line 9 of the court's June 30, 2016 Order (Docket No. 64), change "July" to "June."

Dated: July 1, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1